UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**HISPANIC CHAMBER OF COMMERCE OF WISCONSIN,**
    Plaintiff,

**AMERICAN INDIAN CHAMBER OF COMMERCE,**
    Intervenor-Plaintiff,    Case No. 12-C-0545
  v.

**CITY OF MILWAUKEE,**
    Defendant,

  v.

**D. WILSON CONSULTING GROUP, LLC and GEMINI INSURANCE COMPANY**
    Third-Party Defendants.

## ORDER

On November 15, 2012, third-party defendant Gemini Insurance Company filed a motion to dismiss the City of Milwaukee's third-party complaint against it pursuant to Federal Rule of Civil Procedure 12(b)(6). On November 19, 2012, third-party defendant D. Wilson Consulting Group, LLC, filed its own motion to dismiss the City's third-party complaint against it pursuant to Rule 12(b)(6). Under Civil Local Rule 7(b), the City's response to each motion was due within twenty-one days. However, as of the date of this order, the City has not filed a response to either motion. The City is hereby notified that unless it responds to the motions within ten days of the date of this order, the court will deem the motions unopposed and will grant them.

**SO ORDERED** at Milwaukee, Wisconsin, this 18th day of December, 2012.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge